1  ADRIANO L. MARTINEZ (SBN 237152)
   CANDICE L. YOUNGBLOOD (SBN 328843)
2  Earthjustice
   707 Wilshire Blvd., Suite 4300
3  Los Angeles, CA 90017
   amartinez@earthjustice.org
4  cyoungblood@earthjustice.org
   Tel: (415) 217-2000 / Fax: (415) 217-2040
5

6  *Counsel for Proposed Defendant-Intervenors*
   *People's Collective for Environmental Justice,*
7  *Sierra Club, and Industrious Labs*

8  (List of Counsel continued on next page)
9

                    UNITED STATES DISTRICT COURT
10           FOR THE CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
11

12

13  RINNAI AMERICA CORP., et al.,          Civ. No. 2:24-cv-10482 PA (PDx)
              Plaintiff,
14
         v.
15                                          **[NGOs] NOTICE OF MOTION**
                                            **AND UNOPPOSED MOTION**
16  SOUTH COAST AIR QUALITY                 **TO INTERVENE AS**
    MANAGEMENT DISTRICT,                    **DEFENDANTS**
17             Defendants,

18  and

19  PEOPLE'S COLLECTIVE FOR
    ENVIRONMENTAL JUSTICE, et al.,
20             Proposed Defendant-Intervenors.

21

22

23

24

25

26

27

28

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
nihal.shrinath@sierraclub.org
Tel: (415) 977-5566

JAMES A. DENNISON *(Pro Hac Vice forthcoming)*
Sierra Club
1650 38th St., Suite 103W
Boulder, CO 80301
jim.dennison@sierraclub.org
Tel: (435) 232-5784

*Counsel for Proposed Defendant-Intervenor
Sierra Club*

SEAN H. DONAHUE (SBN 264284)
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
sean@donahuegoldberg.com
Tel: (202) 277-7085

*Counsel for Proposed Defendant-Intervenor
Industrious Labs*

[NGOs] NOTICE OF MOTION and UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS (Civ. No. 2:24-cv-10482 PA(PDx))

## NOTICE OF MOTION

NOTICE IS HEREBY GIVEN, pursuant to Civil Local Rule 6-1, that on March 17, 2025, at 1:30 pm, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Percy Anderson, at the United States Courthouse, 350 W. First Street, Los Angeles, CA 90012, People's Collective for Environmental Justice, Sierra Club, and Industrious Labs, by counsel, will move the Court for leave to intervene as defendants in the above-entitled action.

## MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, People's Collective for Environmental Justice, Sierra Club, and Industrious Labs (collectively, "Proposed Community Group and Environmental Intervenors") respectfully move to intervene as of right as defendants in the above-captioned case. In the alternative, Proposed Community Group and Environmental Intervenors request leave to intervene by permission pursuant to Federal Rule of Civil Procedure 24(b). This motion is supported by the accompanying Memorandum of Points and Authorities in Support of People's Collective for Environmental Justice *et al.*'s Motion to Intervene and the Declarations of Adriano L. Martinez, Andrea Vidaurre, Gem M. Montes, Kimberly R. Orbe, Rodney P. Boone, and Evan Gillespie submitted herewith. This motion is also accompanied by a Proposed Answer and Proposed Order.

This unopposed motion is made following the conference of counsel for Plaintiffs and Defendant pursuant to L.R. 7-3, and a conference with counsel for Plaintiffs took place on February 3, 2025. Defendant South Coast Air Quality Management District supports the Motion. Counsel for Plaintiffs Rinnai America Corporation, Noritz America Corporation, National Association of Home Builders, California State Pipe Trades Council, California Manufacturers & Technology Association, California Restaurant Association, Restaurant Law Center, Californians For Homeownership, Inc., California Hotel & Lodging Association, and California Apartment Association has advised undersigned counsel for Proposed Community

Group and Environmental Intervenors that Plaintiffs will not oppose the Motion to Intervene on the conditions stated in the Proposed Order. Accordingly, Proposed Community Group and Environmental Intervenors do not believe a hearing to be necessary, but out of an abundance of caution, have noticed this motion for 1:30 pm on March 17, 2025.

                                    Respectfully submitted,

Dated: February 12, 2025            /s/    Adriano L. Martinez

                                    ADRIANO L. MARTINEZ (SBN 237152)
                                    CANDICE L. YOUNGBLOOD (SBN 328843)
                                    Earthjustice
                                    707 Wilshire Blvd., Suite 4300
                                    Los Angeles, CA 90017
                                    amartinez@earthjustice.org
                                    cyoungblood@earthjustice.org
                                    Tel: (415) 217-2000 / Fax: (415) 217-2040

                                    *Counsel for Proposed Defendant-Intervenors*
                                    *People's Collective for Environmental Justice,*
                                    *Sierra Club, and Industrious Labs*


                                    (List of Counsel continued on next page)

[NGOs] NOTICE OF MOTION and UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS (Civ. No. 2:24-cv-10482 PA(PDx))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
nihal.shrinath@sierraclub.org
Tel: (415) 977-5566

JAMES A. DENNISON *(Pro Hac Vice forthcoming)*
Sierra Club
1650 38th St., Suite 103W
Boulder, CO 80301
jim.dennison@sierraclub.org
Tel: (435) 232-5784

*Counsel for Proposed Defendant-Intervenor Sierra Club*


SEAN H. DONAHUE (SBN 264284)
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
sean@donahuegoldberg.com
Tel: (202) 277-7085

*Counsel for Proposed Defendant-Intervenor Industrious Labs*

[NGOs] NOTICE OF MOTION and UNOPPOSED MOTION TO INTERVENE AS DEFENDANTS (Civ. No. 2:24-cv-10482 PA(PDx))