MATTHEW D. ZINN (CA Bar No. 214587)
Zinn@smwlaw.com
LAUREN M. TARPEY (CA Bar No. 321775)
Ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:(415) 552-7272
Facsimile: (415) 552-5816

BAYRON T. GILCHRIST (CA Bar No. 212393)
General Counsel
BARBARA BAIRD (CA Bar No. 81507)
Chief Deputy District Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, California 91765
Telephone: (909) 396-3400
Facsimile: (909) 396-2961
bghilchrist@aqmd.gov

Attorneys for Defendant South Coast Air
Quality Management District

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RINNAI AMERICA CORP. et al,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant. | Case No. 2:24-cv-10482 PA (PDx)<br><br>**STIPULATION CONTINUING SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**<br><br>The Hon. Percy Anderson<br><br>Filed Concurrently with PROPOSED ORDER |

1    Pursuant to Civil Local Rule 7-1, and as stated in the attached
2 Declaration of Matthew D. Zinn, the parties to this action, by their respective
3 counsel of record, hereby stipulate as follows:
4    WHEREAS, Plaintiffs filed a Complaint for Declaratory and Injunctive
5 Relief in this action on December 5, 2024 (Doc. 1);
6    WHEREAS, Plaintiffs filed their Amended Complaint ("First Amended
7 Complaint") on December 17, 2024 (Doc. 12);
8    WHEREAS, Plaintiffs served Defendant with the Summons and First
9 Amended Complaint on December 20, 2024;
10    WHEREAS, pursuant to the parties' stipulation extending the time to file
11 an answer, Defendant filed an Answer to the First Amended Complaint on
12 January 24, 2025 (Doc. 23);
13    WHEREAS, in its Scheduling Order (Doc. 26), the Court set a Scheduling
14 Conference for March 10, 2025;
15    WHEREAS, counsel for Defendant, Matthew Zinn, has preexisting
16 international travel plans for the week of March 10, 2025;
17    WHEREAS, on February 12, Earthjustice filed an unopposed motion to
18 intervene in this action on behalf of People's Collective for Environmental
19 Justice, Sierra Club, and Industrious Labs in support of Defendant (Doc. 27),
20 and that motion is set for hearing on March 17, 2025;
21    WHEREAS, Mr. Zinn's unavailability necessitates continuing the
22 Scheduling Conference, and the parties agree that it would be efficient to align
23 the Scheduling Conference with the hearing on the motion to intervene;
24    WHEREAS, counsel for Plaintiffs, Defendant, and Proposed Defendant-
25 Intervenors have met and conferred and agreed to request that the Scheduling
26 Conference be continued to March 17, 2025, or as soon thereafter as the Court
27 is available, and consolidated with the hearing on the motion to intervene;
28

1    WHEREAS, in the interest of time, the parties have agreed that Proposed Defendant-Intervenors may participate in the parties' meet and confer discussions in preparation for the Scheduling Conference even if the Court has not yet decided the intervention motion; and

WHEREAS, the parties have made no prior requests to continue the date of this Scheduling Conference;

NOW, THEREFORE, the parties hereby stipulate and request that the Court order that:

1. The Scheduling Conference be moved from March 10, 2025, to March 17, 2025, or as soon thereafter as the Court can convene the conference, and consolidated with the hearing on the motion to intervene.

2. The Scheduling Conference and hearing be conducted virtually by electronic means.

3. The deadlines related to the Scheduling Conference be continued accordingly.

I hereby attest that all other signatories listed, and on whose behalf this stipulation is submitted, concur in this stipulation's content and have authorized its filing.

DATED: February 14, 2025        SHUTE, MIHALY & WEINBERGER LLP

By:    /s/Matthew D. Zinn
       MATTHEW D. ZINN
       LAUREN M. TARPEY

       Attorneys for Defendant South Coast
       Air Quality Management District

| | | |
|---|---|---|
| 1 | DATED: February 14, 2025 | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |

By:     /s/Sarah O. Jorgensen
      COURTLAND L. REICHMAN
      SARAH O. JORGENSEN
      BRIAN C. BARAN

THE KNEAFSEY FIRM, INC.

By:     /s/Sean M. Kneafsey
      SEAN M. KNEAFSEY (SBN 180863)

Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, and California Apartment Association

DATED: February 14, 2025    MCCRACKEN, STEMERMAN & HOLSBERRY LLP

By:     /s/John J. Davis
      JOHN J. DAVIS, JR

Attorneys for Plaintiff California States Pipe Trades Council

DATED:  February 14, 2025         CALIFORNIANS FOR HOMEOWNERSHIP, INC.


By:   /s/Matthew P. Gelfand
      MATTHEW P. GELFAND

Attorney for Plaintiff Californians for Homeownership, Inc.

DATED:  February 14, 2025         RESTAURANT LAW CENTER


By:   /s/Angelo I. Amador
      ANGELO I. AMADOR

Attorney for Plaintiff Restaurant Law Center

# DECLARATION OF MATTHEW D. ZINN

I, Matthew D. Zinn, declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at Shute, Mihaly & Weinberger LLP, attorneys for Defendant South Coast Air Quality Management District. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I have an international vacation planned for the week of March 10, 2025. My tickets and accommodations were booked months in advance. Due to these travel plans, I will be unavailable for the Scheduling Conference currently scheduled for March 10, 2025.

3. Counsel for the parties met and conferred by telephone on February 4, 2025 and agreed to seek to continue the Scheduling Conference.

4. I am informed and believe that counsel for the parties agree that it would be efficient to align the Scheduling Conference with the hearing on the motion to intervene on March 17, 2025.

5. The parties have made no prior requests to continue the date of this Scheduling Conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of February, 2025, at San Francisco, California.

/s/Matthew D. Zinn
Matthew D. Zinn