MATTHEW D. ZINN (CA Bar No. 214587)
Zinn@smwlaw.com
LAUREN M. TARPEY (CA Bar No. 321775)
Ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:(415) 552-7272
Facsimile: (415) 552-5816

BAYRON T. GILCHRIST (CA Bar No. 212393)
General Counsel
BARBARA BAIRD (CA Bar No. 81507)
Chief Deputy District Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, California 91765
Telephone: (909) 396-3400
Facsimile: (909) 396-2961
bghilchrist@aqmd.gov

Attorneys for Defendant South Coast Air
Quality Management District

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RINNAI AMERICA CORP., et al, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, <br><br> Defendant. | Case No. 2:24-cv-10482 PA (PDx) <br><br> **ORDER GRANTING STIPULATION CONTINUING SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES** <br><br> The Hon. Percy Anderson <br><br> Filed Concurrently with STIPULATION |

PROPOSED ORDER
Case No. 2:24-cv-10482 PA (PDx)

For good cause shown in the Stipulation Continuing Scheduling Conference and Associated Deadlines, filed by Plaintiffs Rinnai America Corp., et al. and Defendant South Coast Air Quality Management District, it is hereby ordered that the Scheduling Conference currently set for March 10, 2025, is rescheduled to March 17, 2025, at 1:30 p.m. All associated deadlines are extended accordingly.

DATED: February 14, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE