Courtland L. Reichman (SBN: 268873)
  creichman@reichmanjorgensen.com
Brian C. Baran (SBN: 325939)
  bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

ADDITIONAL COUNSEL ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINNAI AMERICA CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant,<br><br>and<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS,<br><br>Defendant-Intervenors. | Case No. 2:24-cv-10482 PA(PDx)<br><br>**STIPULATION RE: ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |

ADDITIONAL COUNSEL

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
  FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (650) 623-1403; Fax: (650) 560-3501

Sean Kneafsey
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: 213-892-1208

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

John J. Davis, Jr. (SBN 65594)
  jjdavis@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-7201

*Attorneys for Plaintiff California State Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Plaintiff Californians for Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorney for Plaintiff Restaurant Law Center*

1    Plaintiffs Rinnai America Corp., Noritz America Corp., National Association
2 of Home Builders, California State Pipe Trades Council, California Manufacturers &
3 Technology Association, California Restaurant Association, Restaurant Law Center,
4 Californians for Homeownership, Inc., California Hotel & Lodging Association,
5 California Apartment Association, and Plumbing-Heating-Cooling Contractors of
6 California, Defendant South Coast Air Quality Management District, and Defendant-
7 Intervenors People's Collective for Environmental Justice, Sierra Club and
8 Industrious Labs (collectively, "the Parties"), by and through their respective
9 undersigned counsel, hereby respectfully submit this joint stipulation and request for
10 an order setting a briefing schedule and hearing date for dispositive motions.

11    WHEREAS this Court issued an Order setting a case schedule with a
12 dispositive motions hearing cut-off date of July 28, 2025, among other deadlines, *see*
13 Civil Trial Scheduling Order [Fed. R. Civ. P. 16(b)] (Docket No. 42);

14    WHEREAS the Parties do not anticipate that this case will involve issues
15 requiring discovery and believe that the case can be resolved on dispositive motions,
16 *see* Joint Rule 26(f) Report (Docket No. 36);

17    WHEREAS the Parties agree that a longer briefing schedule than anticipated in
18 the Court's local rules would benefit the Court by allowing the Parties adequate time
19 to fully brief the complex issues presented in this case;

20    WHEREAS the Parties agree that the briefing schedule and proposed hearing
21 date as set forth below are in accord with the Court's Civil Trial Scheduling Order
22 (Docket No. 42), and will accommodate all Parties and aid in the resolution of this
23 matter; and

24

WHEREAS the Parties agree that in the event Defendant files a dispositive motion, the Parties will meet and confer to determine the appropriate page limit for the briefing in support of and in response to that motion;

NOW THEREFORE the Parties jointly stipulate and request that the Court order that the following deadlines are set for dispositive motions briefing and hearing:

| Event | Deadline |
| --- | --- |
| Plaintiffs' Dispositive Motion and Opening Brief | April 9, 2025 |
| Defendant's and Defendant-Intervenors' Responses, and Defendant's and Defendant-Intervenors' Dispositive Motion and Opening Briefs (if any) | May 28, 2025 |
| Plaintiffs' Reply, and Plaintiffs' Response to Motion (if any) | June 18, 2025 |
| Defendant's and Defendant-Intervenors' Replies (if any) | June 30, 2025 |
| Dispositive Motions Hearing | July 14, 2025 |

| | |
|---|---|
| Dated: March 19, 2025 | Respectfully submitted, |
| /s/ John J. Davis, Jr. | /s/ Courtland L. Reichman |
| John J. Davis, Jr. SBN 65594<br>jjdavis@msh.law<br>MCCRACKEN, STEMERMAN & HOLSBERRY LLP<br>475 – 14th Street, Suite 1200<br>Oakland, CA 94612<br>Tel.: (415) 597-7200; Fax: (415) 597-7201<br><br>*Attorneys for Plaintiff California State Pipe Trades Council*<br><br>/s/ Matthew P. Gelfand<br>Matthew P. Gelfand (SBN 297910)<br>  matt@caforhomes.org<br>CALIFORNIANS FOR HOMEOWNERSHIP, INC.<br>525 S. Virgil Ave.<br>Los Angeles, California 90020<br>Tel.: (213) 739-8206; Fax: (213) 480-7724<br><br>*Attorney for Californians for Homeownership, Inc.*<br><br>/s/ Angelo I. Amador<br>Angelo I. Amador (*pro hac vice*)<br>  aamador@restaurant.org<br>RESTAURANT LAW CENTER<br>2055 L Street, NW, Suite 700<br>Washington, DC 20036<br>Tel.: (202) 331-5913 Fax: (202) 331-2429<br><br>*Attorneys for Plaintiff Restaurant Law Center* | Courtland L. Reichman (SBN 268873)<br>  creichman@reichmanjorgensen.com<br>Brian C. Baran (SBN 325939)<br>  bbaran@reichmanjorgensen.com<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Tel.: (650) 623-1401; Fax: (650) 560-3501<br><br>Sarah O. Jorgensen (*pro hac vice*)<br>  sjorgensen@reichmanjorgensen.com<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>1201 West Peachtree St., Suite 2300<br>Atlanta, GA 30309<br>Tel.: (404) 609-1040; Fax: (650) 560-3501<br><br>/s/ Sean M. Kneafsey<br>Sean M. Kneafsey (SBN 180863)<br>  skneafsey@kneafseyfirm.com<br>THE KNEAFSEY FIRM, INC.<br>707 Wilshire Blvd., Suite 3700<br>Los Angeles, CA 90017<br>Tel.: (213) 892-1200; Fax: (213) 892-1208<br><br>*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California* |

| | |
|---|---|
| */s/ Matthew D. Zinn* | */s/ Adriano L. Martinez* |
| Matthew D. Zinn (SBN 214587) | Adriano L. Martinez (SBN 237152) |
| zinn@smwlaw.com | amartinez@earthjustice.org |
| Lauren M. Tarpey (SBN 321775) | Candice L. Youngblood (SBN 328843) |
| ltarpey@smwlaw.com | cyoungblood@earthjustice.org |
| SHUTE, MIHALY & WEINBERGER LLP | EARTHJUSTICE |
| 396 Hayes Street | 707 Wilshire Blvd., Suite 4300 |
| San Francisco, CA 94102 | Los Angeles, CA 90017 |
| Tel.: (415) 552-7272 Fax: (415) 552-5816 | Tel.: (415) 217-2000 Fax: (415) 217-2040 |

*Attorneys for Defendant South Coast Air Quality Management District*

*Attorneys for Defendant-Intervenors People's Collective for Environmental Justice, Sierra Club, and Industrious Labs*

*/s/ Nihal Shrinath*
Nihal Shrinath (SBN 327921)
nihal.shrinath@sierraclub.org
SIERRA CLUB
2101 Webster St., Suite 1300
Oakland, CA 94612
Tel.: (415) 977-5566

James A. Dennison (*pro hac vice*)
jim.dennison@sierraclub.org
SIERRA CLUB
1650 38th St., Suite 103W
Boulder, CO 80301
Tel.: (435) 232-5784

*Attorneys for Defendant-Intervenor Sierra Club*

*/s/ Sean H. Donahue*
Sean H. Donahue (SBN 264284)
sean@donahuegoldberg.com
DONAHUE, GOLDBERG & HERZOG
1008 Pennsylvania Ave., SE
Washington, DC 20003
Tel.: (202) 277-7085

*Attorney for Defendant-Intervenor Industrious Labs*

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that each of the signatories have concurred in this filing's content and have authorized its filing.

Dated: March 19, 2025 By: /s/ *Courtland L. Reichman*
Courtland L. Reichman

1895138.1