1  Courtland L. Reichman (SBN: 268873)
   creichman@reichmanjorgensen.com
2  Brian C. Baran (SBN: 325939)
   bbaran@reichmanjorgensen.com
3  REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
   100 Marine Parkway, Suite 300
4  Redwood Shores, CA 94065
   Tel.: (650) 623-1401; Fax: (650) 560-3501

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

ADDITIONAL COUNSEL ON FOLLOWING PAGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RINNAI AMERICA CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant,<br><br>and<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS,<br><br>Defendant-Intervenors. | Case No. 2:24-cv-10482 PA(PDx)<br><br>**ORDER RE: SETTING BRIEFING SCHEDULE AND HEARING DATE** |

ADDITIONAL COUNSEL

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
  FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (650) 623-1403; Fax: (650) 560-3501

Sean Kneafsey
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: 213-892-1208

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

John J. Davis, Jr. (SBN 65594)
  jjdavis@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-7201

*Attorneys for Plaintiff California State Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Plaintiff Californians for Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorney for Plaintiff Restaurant Law Center*

On March 19, 2025, Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California State Pipe Trades Council, California Manufacturers & Technology Association, California Restaurant Association, Restaurant Law Center, Californians for Homeownership, Inc., California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California, Defendant South Coast Air Quality Management District, and Defendant-Intervenors People's Collective for Environmental Justice, Sierra Club and Industrious Labs (collectively, "the Parties"), by and through their respective undersigned counsel, filed a joint stipulation and request for an order setting a briefing schedule and hearing date for dispositive motions.

The Court, having read and considered the Joint Stipulation and for good cause shown, hereby **ORDERS** the following schedule for dispositive motions:

| Event | Deadline |
| --- | --- |
| Plaintiffs' Dispositive Motion and Opening Brief | April 9, 2025 |
| Defendant's and Defendant-Intervenors' Responses, and Defendant's and Defendant-Intervenors' Dispositive Motion and Opening Briefs (if any) | May 28, 2025 |
| Plaintiffs' Reply, and Plaintiffs' Response to Motion (if any) | June 18, 2025 |
| Defendant's and Defendant-Intervenors' Replies (if any) | June 30, 2025 |
| Dispositive Motions Hearing | July 14, 2025 |

Dated: _____        _____
                                                                    Hon. Percy Anderson
                                                                    U.S. District Judge