Courtland L. Reichman (SBN: 268873)
  creichman@reichmanjorgensen.com
Brian C. Baran (SBN: 325939)
  bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

ADDITIONAL COUNSEL ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINNAI AMERICA CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant,<br><br>And<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS,<br><br>Defendant-Intervenors. | Civil Action No.<br><br>2:24-cv-10482 PA(PDx)<br><br>**DECLARATION OF FRANK WINDSOR IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, DECLARATORY RELIEF, AND PERMANENT INJUNCTION** |

1  ADDITIONAL COUNSEL

2  Sarah O. Jorgensen (*pro hac vice*)
     sjorgensen@reichmanjorgensen.com
3  REICHMAN JORGENSEN LEHMAN &
     FELDBERG LLP
4  1201 West Peachtree St., Suite 2300
   Atlanta, GA 30309
5  Tel.: (650) 623-1403; Fax: (650) 560-3501

6  Sean Kneafsey
     skneafsey@kneafseyfirm.com
7  THE KNEAFSEY FIRM, INC.
   707 Wilshire Blvd., Suite 3700
8  Los Angeles, CA 90017
9  Tel.: (213) 892-1200; Fax: 213-892-1208

10 *Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

16 John J. Davis, Jr. (SBN 65594)
     jjdavis@msh.law
17 MCCRACKEN, STEMERMAN & HOLSBERRY LLP
18 475 – 14th Street, Suite 1200
   Oakland, CA 94612
19 Tel.: (415) 597-7200; Fax: (415) 597-7201

20 *Attorneys for Plaintiff California State Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Plaintiff Californians for Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorney for Plaintiff Restaurant Law Center*

I, Frank Windsor, hereby declare as follows:

1. I am President of Rinnai America Corporation. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to their truth and accuracy.

2. Rinnai is one of the leading manufacturers and sellers of gas instantaneous (tankless) water heaters in the United States. Rinnai has its headquarters in Peachtree City, Georgia, and in 2022, it opened the first gas tankless water heater manufacturing facility in the United States. Gas tankless water heaters provide greater efficiency and have longer life spans than traditional gas tank water heaters and therefore result in substantial energy savings and emissions reductions across the water heater market. Since their introduction in 2005, gas tankless water heaters have been increasing their share of the water heater market and represent about 10% of all water heater sales in 2022. Rinnai sells roughly 35% of gas tankless water heaters in the United States, and it has significant sales of gas tankless water heaters in California, with approximately $14 million in sales in the jurisdiction of the South Coast Air Quality Management District. Rinnai also sells commercial hybrid tank/tankless water heaters, residential and commercial condensing tankless boilers, residential condensing combination water heaters/boilers, and electric heat pump water heaters. It sells all these products in California and in the District.

3. Rinnai is a member of Plaintiff National Association of Home Builders, a nonprofit corporation that represents the U.S. residential building construction industry. Rinnai is also a member of Plaintiff California Manufacturers & Technology Association, a nonprofit organization that represents the businesses from the manufacturing community.

4. Rinnai is experiencing, or will imminently experience, harm in the form of economic injuries, lost sales, and altered business practices because of the impending ban on its appliances under the District's rule imposing zero-$NO_x$ emission limits on natural gas boilers, water heaters, and process heaters (the "zero-$NO_x$ rule").

5. Already in the homebuilding market, where gas heaters and boilers have traditionally been installed in up to 80% of new construction, the industry is moving exclusively to electric heat pumps, in anticipation of the District's zero-$NO_x$ rule.

6. After the relevant effective dates of the zero-$NO_x$ rule, Rinnai's wholesale distributors and sales personnel will no longer be able to sell, offer for sale, or install gas water heaters or boilers in the District in new buildings or in replacement scenarios in existing buildings; installation contractors in Rinnai's service contract network will no longer be able to install gas water heaters or boilers in the District in new buildings or in replacement scenarios in existing buildings; and the hiring of gas appliance servicing contractors through Rinnai's service contract network will increasingly diminish as existing gas water heaters and boilers are replaced with electric appliances.

7. Because of the size of the California market for the banned products, the business disruption caused by the zero-$NO_x$ rule is, or will be, significant.

8. These consequences of the zero-$NO_x$ rule will also affect Rinnai's long-term investment, manufacturing, marketing, and distribution plans. If Rinnai continues to manufacture appliances for the California market, this would be limited to Rinnai's electric heat pump water heaters. Because of the size and configuration of electric heat pump water heaters, Rinnai would have to secure significantly larger storage facilities, and its transportation and distribution costs would increase. Rinnai's wholesale distributors would also incur these increased storage, transportation, and distribution

costs.

I declare under penalty of perjury under the laws of the United States of America that the above facts are true and correct.

Executed on April 14, 2025, at Peachtree City, Georgia.

_____
Frank Windsor

3