Courtland L. Reichman (SBN: 268873)
  creichman@reichmanjorgensen.com
Brian C. Baran (SBN: 325939)
  bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

ADDITIONAL COUNSEL ON FOLLOWING PAGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RINNAI AMERICA CORP., et al.

      Plaintiffs,

      v.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,

      Defendant,

And

PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS,

      Defendant-Intervenors.

Civil Action No.

2:24-cv-10482 PA(PDx)

**DECLARATION OF JAY HASSEL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, DECLARATORY RELIEF, AND PERMANENT INJUNCTION**

<u>ADDITIONAL COUNSEL</u>

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
  FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (650) 623-1403; Fax: (650) 560-3501

Sean Kneafsey
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: 213-892-1208

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

John J. Davis, Jr. (SBN 65594)
  jjdavis@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-7201

*Attorneys for Plaintiff California State Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Plaintiff Californians for Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorney for Plaintiff Restaurant Law Center*

I, Jay Hassel, hereby declare as follows:

1.    I am President at Noritz America Corporation ("Noritz").  Having been in that role since 2017, and in the previous years from 2005 to 2017 having been a Vice President at Noritz, I am personally aware of the specific detail of the finances, management, and operations at Noritz. As such, I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to their truth and accuracy.

2.    Noritz is a leading manufacturer and seller of gas instantaneous (tankless) water heaters in the United States. Noritz has its headquarters in the District, specifically, Fountain Valley in Orange County, California, and is a wholly owned subsidiary of Noritz Corporation (Japan). Noritz's product line incorporates condensing and non-condensing instantaneous water heaters and condensing combination gas boilers.  We have also recently sold a small number of integrated hybrid electric heat pump water heaters.  Noritz started doing business in the United States selling gas tankless water heaters in 2002.  Although the market share varies from year to year, Noritz currently sells about 10% of gas tankless water heaters in the United States, and it has significant sales of gas tankless water heaters in California, approximately $35 million.  A majority of those sales are made to customers in the jurisdiction of the South Coast Air Quality Management District.

3.    Noritz is experiencing, or will imminently experience, harm in the form of economic injuries, lost sales, and altered business practices because of the impending ban on its appliances under the District's rule imposing zero-$NO_x$ emission limits on gas fired boilers, water heaters, and process heaters (the "zero-$NO_x$ rule").

1

4.    Already in the homebuilding market, where gas heaters and boilers have traditionally been installed in up to 80% of new construction, the industry is moving exclusively to electric heat pumps, in anticipation of the District's zero-$NO_x$ rule.

5.    After the relevant effective dates of the zero-$NO_x$ rule, Noritz's wholesale distributors and sales personnel will no longer be able to sell, offer for sale, or install gas water heaters or boilers in the District in new buildings or in replacement scenarios in existing buildings; installation contractors in Noritz's service contract network will no longer be able to install gas water heaters or boilers in the District in new buildings or in replacement scenarios in existing buildings; and the hiring of gas appliance servicing contractors through Noritz's service contract network will increasingly diminish as existing gas water heaters and boilers are replaced with electric appliances.

6.    Because of the size of the California market for the banned products, the business disruption caused by the zero-$NO_x$ rule is, or will be, significant.

7.    Additionally, as Noritz has its headquarters in California, Noritz may be forced to consider leaving the state if its primary business is not allowed to be conducted in the largest existing market for its products. Noritz, headquartered in the very District banning its gas products, must consider closing its facilities and eliminating or moving its approximately 120 employee positions out of the District or out of California all together.

8.    The consequences of the zero-$NO_x$ rule are affecting Noritz's long-term investment, manufacturing, marketing, and distribution plans. If Noritz Corporation (Japan) does not pull out of the U.S. market altogether and Noritz continues to supply appliances for the California market, this would be limited to Noritz's integrated hybrid electric heat pump water heaters. Because of the size and configuration of heat pump

water heaters, Noritz would have to secure new storage facilities that are substantially larger than its current storage facilities, and its transportation and distribution costs would substantially increase. Noritz's wholesale distributors would also incur these increased storage, transportation, and distribution costs. For these reasons and others, there is a significant likelihood that the zero-$NO_x$ rule could make Noritz's operations in the District and in California commercially unviable such that they would have to cease.

9.    The consequences of the zero-$NO_x$ rule ultimately extend to California consumers, who will face fewer appliance choices, impacts to their expectations and experience of comfort in their homes, and significant building reconfiguration costs.

I declare under penalty of perjury under the laws of the United States of America that the above facts are true and correct.

Executed on April  14  , 2025, in Trabuco Canyon, California.

_____

Jay Hassel