1  Courtland L. Reichman (SBN: 268873)
      creichman@reichmanjorgensen.com
2  Brian C. Baran (SBN: 325939)
      bbaran@reichmanjorgensen.com
3  REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
   100 Marine Parkway, Suite 300
4  Redwood Shores, CA 94065
   Tel.: (650) 623-1401; Fax: (650) 560-3501
5
   *Attorneys for Plaintiffs Rinnai America Corp., Noritz*
6  *America Corp., National Association of Home*
   *Builders, California Manufacturers & Technology*
7  *Association, California Restaurant Association,*
   *California Hotel & Lodging Association, California*
8  *Apartment Association, and Plumbing-Heating-*
   *Cooling Contractors of California*
9
   ADDITIONAL COUNSEL ON FOLLOWING PAGE
10

11             **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
12

13 | RINNAI AMERICA CORP., et al. | Civil No. 2:24-cv-10482 PA(PDx) |
   |                              |                                 |

       Plaintiffs,                **JOINT STIPULATION**
14                                **SETTING MEDIATION DATE**

       v.
15
   SOUTH COAST AIR QUALITY
16 MANAGEMENT DISTRICT,
                                  Honorable Percy Anderson
       Defendant,                 United States District Judge
17
   And
18
   PEOPLE'S COLLECTIVE FOR
19 ENVIRONMENTAL JUSTICE, SIERRA
   CLUB, and INDUSTRIOUS LABS,
20
       Defendant-Intervenors.
21

22

23

24

ADDITIONAL COUNSEL

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
  FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (650) 623-1403; Fax: (650) 560-
  3501

Sean Kneafsey
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: 213-892-1208

*Attorneys for Plaintiffs Rinnai America
Corp., Noritz America Corp., National
Association of Home Builders, California
Manufacturers & Technology Association,
California Restaurant Association,
California Hotel & Lodging Association,
California Apartment Association, and
Plumbing-Heating-Cooling Contractors of
California*

John J. Davis, Jr. (SBN 65594)
  jjdavis@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY
LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-
  7201

*Attorneys for Plaintiff California State
Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP,
INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-
7724

*Attorney for Plaintiff Californians for
Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-
2429

*Attorney for Plaintiff Restaurant Law
Center*

Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California State Pipe Trades Council, California Manufacturers & Technology Association, California Restaurant Association, Restaurant Law Center, Californians for Homeownership, Inc., California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California; Defendant South Coast Air Quality Management District; and Defendant-Intervenors People's Collective for Environmental Justice, Sierra Club and Industrious Labs (collectively, "the Parties"), by and through their respective undersigned counsel, hereby respectfully submit this joint stipulation and request for an order setting a date for mediation.

WHEREAS this Court issued an Order requiring the parties to participate in ADR Procedure No. 2 to be completed by August 4, 2025, *see* Order/Referral to ADR (Docket No. 38);

WHEREAS this Court upon the joint request of the Parties appointed Mr. Phil Cook as mediator (Docket No. 49);

WHEREAS the Parties met and conferred with the mediator, Mr. Phil Cook, on April 14, 2025; and

WHEREAS the Parties and mediator jointly agree that mediation will not have a meaningful chance of success until after dispositive motions are resolved;

NOW THEREFORE the Parties jointly stipulate and request that the Court order that mediation with Mr. Cook proceed at 9 a.m. on August 12, 2025.  A [Proposed] Order is attached.

1    Dated: April 25, 2025

2    */s/ John J. Davis, Jr.*

3    John J. Davis, Jr. SBN 65594
     jjdavis@msh.law
4    MCCRACKEN, STEMERMAN & HOLSBERRY
     LLP
5    475 – 14th Street, Suite 1200
     Oakland, CA 94612
6    Tel.: (415) 597-7200; Fax: (415) 597-7201

7    *Attorneys for Plaintiff California State
     Pipe Trades Council*

8

9    */s/ Matthew P. Gelfand*
     Matthew P. Gelfand (SBN 297910)
10     matt@caforhomes.org
     CALIFORNIANS FOR HOMEOWNERSHIP, INC.
11   525 S. Virgil Ave.
     Los Angeles, California 90020
12   Tel.: (213) 739-8206; Fax: (213) 480-7724

13   *Attorney for Californians for
     Homeownership, Inc.*
14

15   */s/ Angelo I. Amador*
     Angelo I. Amador (*pro hac vice*)
16     aamador@restaurant.org
     RESTAURANT LAW CENTER
17   2055 L Street, NW, Suite 700
     Washington, DC 20036
18   Tel.: (202) 331-5913 Fax: (202) 331-2429

19
     *Attorneys for Plaintiff Restaurant Law
20   Center*

21

22

23

24

Respectfully submitted,

*/s/ Courtland L. Reichman*

Courtland L. Reichman (SBN 268873)
  creichman@reichmanjorgensen.com
Brian C. Baran (SBN 325939)
  bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (404) 609-1040; Fax: (650) 560-3501

*/s/ Sean M. Kneafsey*
Sean M. Kneafsey (SBN 180863)
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: (213) 892-1208

*Attorneys for Plaintiffs Rinnai America
Corp., Noritz America Corp., National
Association of Home Builders, California
Manufacturers & Technology Association,
California Restaurant Association,
California Hotel & Lodging Association,
California Apartment Association, and
Plumbing-Heating-Cooling Contractors of
California*

1
*/s/ Matthew D. Zinn*
Matthew D. Zinn (SBN 214587)
2
zinn@smwlaw.com
Lauren M. Tarpey (SBN 321775)
3
ltarpey@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
4
396 Hayes Street
San Francisco, CA 94102
5
Tel.: (415) 552-7272 Fax: (415) 552-5816

6

7
*Attorneys for Defendant South Coast Air
Quality Management District*

8

9
*/s/ Nihal Shrinath*
Nihal Shrinath (SBN 327921)
10
nihal.shrinath@sierraclub.org
SIERRA CLUB
11
2101 Webster St., Suite 1300
Oakland, CA 94612
12
Tel.: (415) 977-5566

13
James A. Dennison (*pro hac vice*)
14
jim.dennison@sierraclub.org
SIERRA CLUB
15
1650 38th St., Suite 103W
Boulder, CO 80301
16
Tel.: (435) 232-5784

17
*Attorneys for Defendant-Intervenor
Sierra Club*
18

19

20

21

22

23

24

*/s/ Adriano L. Martinez*
Adriano L. Martinez (SBN 237152)
amartinez@earthjustice.org
Candice L. Youngblood (SBN 328843)
cyoungblood@earthjustice.org
EARTHJUSTICE
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Tel.: (415) 217-2000 Fax: (415) 217-2040

*Attorneys for Defendant-Intervenors
People's Collective for Environmental
Justice, Sierra Club, and Industrious Labs*

*/s/ Sean H. Donahue*
Sean H. Donahue (SBN 264284)
sean@donahuegoldberg.com
DONAHUE, GOLDBERG & HERZOG
1008 Pennsylvania Ave., SE
Washington, DC 20003
Tel.: (202) 277-7085

*Attorney for Defendant-Intervenor
Industrious Labs*

1

## <u>ATTESTATION</u>

2

     In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that each of the

3

signatories have concurred in this filing's content and have authorized its filing.

4

Dated:  April 25, 2025                              By: *<u>/s/ Courtland L. Reichman</u>*

5

                                           Courtland L. Reichman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24