MATTHEW D. ZINN (CA Bar No. 214587)
Zinn@smwlaw.com
LAUREN M. TARPEY (CA Bar No. 321775)
Ltarpey@smwlaw.com
RYAN K. GALLAGHER (CA Bar No. 344349)
Rgallagher@smwlaw.com
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:  (415) 552-7272
Facsimile:  (415) 552-5816

Attorneys for Defendant South Coast Air Quality Management District

(additional counsel on following page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RINNAI AMERICA CORP., et al, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, <br><br> Defendant. <br><br> and <br><br> PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS, <br><br> Defendant-Intervenors. | Case No. 2:24-cv-10482 PA (PDx) <br><br> **DEFENDANT'S NOTICE OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> Date:        July 14, 2025 <br> Time:       1:30 p.m. <br> Courtroom:  9A <br><br> The Hon. Percy Anderson <br><br> Trial Date:   September 30, 2025 |

1 | BAYRON T. GILCHRIST (CA Bar No. 212393)
General Counsel
2 | BARBARA BAIRD (CA Bar No. 81507)
Chief Deputy District Counsel
3 | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
4 | Diamond Bar, California 91765
Telephone: (909) 396-3400
5 | Facsimile:   (909) 396-2961
bghilchrist@aqmd.gov
6
Attorneys for Defendant South Coast Air
7 | Quality Management District

DEFENDANT'S NOTICE OF MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT
Case No. 2:24-cv-10482 PA (PDx)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 14, 2025, at 1:30 p.m., in Courthouse 9A on the Ninth Floor of the First Street Courthouse located at 350 W. First Street, Los Angeles, California, or as soon thereafter as this matter may be heard, Defendant South Coast Air Quality Management District ("District") will and hereby does move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in favor of the District as to Plaintiffs' single cause of action alleging that the District's Rule 1146.2 is preempted by the federal Energy Policy & Conservation Act, 42 U.S.C. §§ 6201-422.

This motion is based upon this notice and the concurrently filed memorandum of points and authorities; statement of uncontroverted facts;[1] declarations of Sarah Rees, Michael Krause, and Xian-Liang Tian, and exhibits attached thereto; request for judicial notice; record of the proceedings to date; and any and all evidence that may be adduced at or before the scheduled hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, including on March 12, 2025, and March 17, 2025.

---

[1] The District is filing an opposition to Plaintiffs' motion for summary judgment concurrently with this cross-motion for summary judgment. For the convenience of the parties and the Court, and because the District's opposition and cross-motion rely upon the same facts, the District has filed a single, consolidated statement of additional material facts in support of the District's opposition and statement of uncontroverted facts in support of the District's cross-motion.

| | | |
|---|---|---|
| DATED: May 12, 2025 | | SHUTE, MIHALY & WEINBERGER LLP |

By:    /s/Matthew D. Zinn
      MATTHEW D. ZINN
      LAUREN M. TARPEY
      RYAN K. GALLAGHER

Attorneys for Defendant South Coast Air Quality Management District