Courtland L. Reichman (SBN: 268873)
   creichman@reichmanjorgensen.com
Brian C. Baran (SBN: 325939)
   bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

ADDITIONAL COUNSEL ON FOLLOWING PAGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RINNAI AMERICA CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant,<br><br>and<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS,<br><br>Defendant-Intervenors. | Case No. 2:24-cv-10482 PA(PDx)<br><br>**JOINT STIPULATION ON DISPOSITIVE MOTIONS BRIEFING** |

ADDITIONAL COUNSEL

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN &
  FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (650) 623-1403; Fax: (650) 560-3501

Sean Kneafsey
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: 213-892-1208

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

John J. Davis, Jr. (SBN 65594)
  jjdavis@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-7201

*Attorneys for Plaintiff California State Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Plaintiff Californians for Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorney for Plaintiff Restaurant Law Center*

1  Plaintiffs Rinnai America Corp., Noritz America Corp., National Association
2  of Home Builders, California State Pipe Trades Council, California Manufacturers &
3  Technology Association, California Restaurant Association, Restaurant Law Center,
4  Californians for Homeownership, Inc., California Hotel & Lodging Association,
5  California Apartment Association, and Plumbing-Heating-Cooling Contractors of
6  California, Defendant South Coast Air Quality Management District, and Defendant-
7  Intervenors People's Collective for Environmental Justice, Sierra Club and
8  Industrious Labs (collectively, "the Parties"), by and through their respective
9  undersigned counsel, hereby respectfully submit this joint stipulation and request for
10 an order allowing Plaintiffs to file a consolidated reply brief on dispositive motions of
11 up to 24 pages.

12  WHEREAS this Court issued an Order setting a dispositive motions briefing
13 schedule and hearing date that has a deadline of June 2, 2025 for Plaintiffs' reply on
14 summary judgment, among other things, *see* Order Re: Setting Briefing Schedule and
15 Hearing Date (Docket No. 47);

16  WHEREAS Defendant and Defendant-Intervenors filed separate briefs in
17 opposition to Plaintiffs' motion for summary judgment, Dkt. Nos. 53 and 63,
18 respectively;

19  WHEREAS Plaintiffs would be entitled to file two separate reply briefs of up to
20 12 pages each under this Court's Standing Order; and

21  WHEREAS the Parties agree that it would reduce the number of briefs and
22 promote economy for Plaintiffs to file a single consolidated reply brief of up to 24
23 pages;

24

1    NOW THEREFORE the Parties jointly stipulate and request that the Court order

2 that Plaintiffs be allowed to file a single consolidated reply brief of up to 24 pages on

3 the deadline of June 2, 2025.

4  Dated:  May 28, 2025

| | |
|---|---|
| /s/ John J. Davis, Jr. | Respectfully submitted, |
| John J. Davis, Jr. SBN 65594<br>jjdavis@msh.law<br>MCCRACKEN, STEMERMAN & HOLSBERRY LLP<br>475 – 14th Street, Suite 1200<br>Oakland, CA 94612<br>Tel.: (415) 597-7200; Fax: (415) 597-7201<br><br>*Attorneys for Plaintiff California State Pipe Trades Council* | /s/ Courtland L. Reichman<br>Courtland L. Reichman (SBN 268873)<br>  creichman@reichmanjorgensen.com<br>Brian C. Baran (SBN 325939)<br>  bbaran@reichmanjorgensen.com<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Tel.: (650) 623-1401; Fax: (650) 560-3501<br><br>Sarah O. Jorgensen (*pro hac vice*)<br>  sjorgensen@reichmanjorgensen.com<br>REICHMAN JORGENSEN<br>  LEHMAN & FELDBERG LLP<br>1201 West Peachtree St., Suite 2300<br>Atlanta, GA 30309<br>Tel.: (404) 609-1040; Fax: (650) 560-3501 |
| /s/ Matthew P. Gelfand<br>Matthew P. Gelfand (SBN 297910)<br>  matt@caforhomes.org<br>CALIFORNIANS FOR HOMEOWNERSHIP, INC.<br>525 S. Virgil Ave.<br>Los Angeles, California 90020<br>Tel.: (213) 739-8206; Fax: (213) 480-7724<br><br>*Attorney for Californians for Homeownership, Inc.* | |
| /s/ Angelo I. Amador<br>Angelo I. Amador (*pro hac vice*)<br>  aamador@restaurant.org<br>RESTAURANT LAW CENTER<br>2055 L Street, NW, Suite 700<br>Washington, DC 20036<br>Tel.: (202) 331-5913 Fax: (202) 331-2429<br><br>*Attorneys for Plaintiff Restaurant Law Center* | /s/ Sean M. Kneafsey<br>Sean M. Kneafsey (SBN 180863)<br>  skneafsey@kneafseyfirm.com<br>THE KNEAFSEY FIRM, INC.<br>707 Wilshire Blvd., Suite 3700<br>Los Angeles, CA 90017<br>Tel.: (213) 892-1200; Fax: (213) 892-1208<br><br>*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California* |

| | |
|---|---|
| */s/ Matthew D. Zinn* | */s/ Adriano L. Martinez* |
| Matthew D. Zinn (SBN 214587) | Adriano L. Martinez (SBN 237152) |
| zinn@smwlaw.com | amartinez@earthjustice.org |
| Lauren M. Tarpey (SBN 321775) | Candice L. Youngblood (SBN 328843) |
| ltarpey@smwlaw.com | cyoungblood@earthjustice.org |
| SHUTE, MIHALY & WEINBERGER LLP | EARTHJUSTICE |
| 396 Hayes Street | 707 Wilshire Blvd., Suite 4300 |
| San Francisco, CA 94102 | Los Angeles, CA 90017 |
| Tel.: (415) 552-7272 Fax: (415) 552-5816 | Tel.: (415) 217-2000 Fax: (415) 217-2040 |

*Attorneys for Defendant South Coast Air Quality Management District*

*Attorneys for Defendant-Intervenors People's Collective for Environmental Justice, Sierra Club, and Industrious Labs*

| | |
|---|---|
| */s/ Nihal Shrinath* | */s/ Sean H. Donahue* |
| Nihal Shrinath (SBN 327921) | Sean H. Donahue (SBN 264284) |
| nihal.shrinath@sierraclub.org | sean@donahuegoldberg.com |
| SIERRA CLUB | DONAHUE, GOLDBERG & HERZOG |
| 2101 Webster St., Suite 1300 | 1008 Pennsylvania Ave., SE |
| Oakland, CA 94612 | Washington, DC 20003 |
| Tel.: (415) 977-5566 | Tel.: (202) 277-7085 |

James A. Dennison (*pro hac vice*)
jim.dennison@sierraclub.org
SIERRA CLUB
1650 38th St., Suite 103W
Boulder, CO 80301
Tel.: (435) 232-5784

*Attorneys for Defendant-Intervenor Sierra Club*

*Attorney for Defendant-Intervenor Industrious Labs*

5
JOINT STIPULATION ON DISPOSITIVE MOTIONS BREIFING

**ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that each of the signatories have concurred in this filing's content and have authorized its filing.

Dated: May 28, 2025                    By: */s/ Courtland L. Reichman*
                                            Courtland L. Reichman