ADRIANO L. MARTINEZ (SBN 237152)
CANDICE L. YOUNGBLOOD (SBN 328843)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
amartinez@earthjustice.org
cyoungblood@earthjustice.org
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Counsel for Defendant-Intervenors*
*People's Collective for Environmental Justice,*
*Sierra Club, and Industrious Labs*

(List of Counsel continued on next page)

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RINNAI AMERICA CORP., et al.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br>　　　　Defendant,<br><br>　　and<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, et al.,<br>　　　　Defendant-Intervenors. | Civ. No. 2:24-cv-10482 PA (PDx)<br><br>**DEFENDANT-INTERVENORS' JOINDER IN DEFENDANT'S REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 14, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Percy Anderson<br>United States District Judge |

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
nihal.shrinath@sierraclub.org
Tel: (415) 977-5566

JAMES A. DENNISON (*Pro Hac Vice*)
Sierra Club
1650 38th St., Suite 103W
Boulder, CO 80301
jim.dennison@sierraclub.org
Tel: (435) 232-5784

*Counsel for Defendant-Intervenor*
*Sierra Club*


SEAN H. DONAHUE (SBN 264284)
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
sean@donahuegoldberg.com
Tel: (202) 277-7085

*Counsel for Defendant-Intervenor*
*Industrious Labs*

2

# DEFENDANT-INTERVENORS' JOINDER IN DEFENDANT'S REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant-Intervenors People's Collective for Environmental Justice, Sierra Club, and Industrious Labs hereby respectfully join and incorporate in full by reference the Reply in Support of Cross-Motion for Summary Judgment, ECF No. 73, filed by Defendant South Coast Air Quality Management District on June 16, 2025.

Respectfully submitted,

Dated: June 16, 2025

/s/   Candice L. Youngblood

CANDICE L. YOUNGBLOOD (SBN 328843)
ADRIANO L. MARTINEZ (SBN 237152)
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
cyoungblood@earthjustice.org
amartinez@earthjustice.org
Tel: (415) 217-2000 / Fax: (415) 217-2040

*Counsel for Defendant-Intervenors*
*People's Collective for Environmental Justice,*
*Sierra Club, and Industrious Labs*

(List of Counsel continued on next page)

NIHAL SHRINATH (SBN 327921)
Sierra Club
2101 Webster St., Suite 1300
Oakland, CA 94612
nihal.shrinath@sierraclub.org
Tel: (415) 977-5566

JAMES A. DENNISON (*Pro Hac Vice*)
Sierra Club
1650 38th St., Suite 103W
Boulder, CO 80301
jim.dennison@sierraclub.org
Tel: (435) 232-5784

*Counsel for Defendant-Intervenor Sierra Club*

SEAN H. DONAHUE (SBN 264284)
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, DC 20003
sean@donahuegoldberg.com
Tel: (202) 277-7085

*Counsel for Defendant-Intervenor Industrious Labs*