**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINNAI AMERICA CORP., et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,<br><br>        Defendant,<br><br>and<br><br>PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, AND INDUSTRIOUS LABS,<br><br>        Defendant-Intervenors. | No.  CV 24-10482 PA (PDx)<br><br>JUDGMENT |

In accordance with the Court's July 18, 2025 Minute Order granting the Cross-Motion for Summary Judgment filed by defendant South Coast Air Quality Management District ("Defendant"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

    1.    Defendant is entitled to summary judgment on the claim for declaratory relief filed by plaintiffs Rinnai America Corp., Noritz America Corporation, National Association of Home Builders, California State Pipe Trades Council, California Manufacturers & Technology Association, California Restaurant Association, Restaurant Law Center, Californians for Homeownership, Inc., California Hotel & Lodging Association, and California Apartment Association;

2. Plaintiffs shall take nothing and Defendant shall have its costs of suit; and

3. The Clerk is ordered to enter this Judgment.

DATED: July 18, 2025

Percy Anderson
United States District Judge