Courtland L. Reichman (SBN 268873)
creichman@reichmanjorgensen.com
Brian C. Baran (SBN 325939)
bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

ADDITIONAL COUNSEL ON FOLLOWING PAGE

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RINNAI AMERICA CORP., et al.

Plaintiffs,

v.

SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT,

Defendant,

and

PEOPLE'S COLLECTIVE FOR ENVIRONMENTAL JUSTICE, SIERRA CLUB, and INDUSTRIOUS LABS,

Defendant-Intervenors.

Civil Action No.

2:24-cv-10482 PA(PDx)

**PLAINTIFFS' NOTICE OF APPEAL**

Honorable Percy Anderson
United States District Judge

ADDITIONAL COUNSEL

Sarah O. Jorgensen (*pro hac vice*)
  sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN
  LEHMAN & FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (650) 623-1403; Fax: (650) 560-3501

Sean Kneafsey (SBN 180863)
  skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: 213-892-1208

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

John J. Davis, Jr. (SBN 65594)
  jjdavis@msh.law
Luke Dowling (SBN 328014)
  ldowling@msh.law
MCCRACKEN, STEMERMAN
  & HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-7201

*Attorneys for Plaintiff California State Pipe Trades Council*

Matthew P. Gelfand (SBN 297910)
  matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Plaintiff Californians for Homeownership, Inc.*

Angelo I. Amador (*pro hac vice*)
  aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorney for Plaintiff Restaurant Law Center*

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Rinnai America Corp.; Noritz America Corp.; National Association of Home Builders; California State Pipe Trades Council; California Manufacturers & Technology Association; California Restaurant Association; Restaurant Law Center; Californians for Homeownership, Inc.; California Hotel & Lodging Association; California Apartment Association; and Plumbing-Heating-Cooling Contractors of California all appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered July 18, 2025 (Dkt. 80) and the amended judgment entered July 23, 2025 (Dkt. 82).

Dated: August 8, 2025

Respectfully submitted,

*/s/ John J. Davis, Jr.*
John J. Davis, Jr. (SBN 65594)
jjdavis@msh.law
Luke Dowling (SBN 328014)
ldowling@msh.law
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 – 14th Street, Suite 1200
Oakland, CA 94612
Tel.: (415) 597-7200; Fax: (415) 597-7201

*Attorneys for Plaintiff California State Pipe Trades Council*

*/s/ Matthew P. Gelfand*
Matthew P. Gelfand (SBN 297910)
matt@caforhomes.org
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
525 S. Virgil Ave.
Los Angeles, California 90020
Tel.: (213) 739-8206; Fax: (213) 480-7724

*Attorney for Californians for Homeownership, Inc.*

*/s/ Angelo I. Amador*
Angelo I. Amador (*pro hac vice*)
aamador@restaurant.org
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
Tel.: (202) 331-5913 Fax: (202) 331-2429

*Attorneys for Plaintiff Restaurant Law Center*

*/s/ Courtland L. Reichman*
Courtland L. Reichman (SBN 268873)
creichman@reichmanjorgensen.com
Brian C. Baran (SBN 325939)
bbaran@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel.: (650) 623-1401; Fax: (650) 560-3501

Sarah O. Jorgensen (*pro hac vice)*
sjorgensen@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
Tel.: (404) 609-1040; Fax: (650) 560-3501

*/s/ Sean M. Kneafsey*
Sean M. Kneafsey (SBN 180863)
skneafsey@kneafseyfirm.com
THE KNEAFSEY FIRM, INC.
707 Wilshire Blvd., Suite 3700
Los Angeles, CA 90017
Tel.: (213) 892-1200; Fax: (213) 892-1208

*Attorneys for Plaintiffs Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California*

**ATTESTATION**

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that each of the signatories have concurred in this filing's content and have authorized its filing.

Dated: August 8, 2025

By: */s/ Courtland L. Reichman*
Courtland L. Reichman

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**
**Form 6. Representation Statement**

**Appellants:**

**Rinnai America Corp., Noritz America Corp., National Association of Home Builders, California Manufacturers & Technology Association, California Restaurant Association, California Hotel & Lodging Association, California Apartment Association, and Plumbing-Heating-Cooling Contractors of California**

Courtland L. Reichman
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
(650) 623-1401
creichman@reichmanjorgensen.com
Registered for Electronic Filing: Yes

Brian C. Baran
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington, DC 20006
(202) 894-7310
bbaran@reichmanjorgensen.com
Registered for Electronic Filing: Yes

Sarah O. Jorgensen
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1201 West Peachtree St., Suite 2300
Atlanta, GA 30309
(650) 623-1403
sjorgensen@reichmanjorgensen.com
Registered for Electronic Filing: Yes

**California State Pipe Trades Council**
John J. Davis, Jr.
Luke Dowling
MCCRACKEN, STEMERMAN & HOLSBERRY LLP
475 14th Street, Suite 1200
Oakland, CA 94612
(415) 597-7200
jjdavis@msh.law
ldowling@msh.law
Registered for Electronic Filing: Yes

**Appellants Continued:**

**Californians for Homeownership, Inc.**
Matthew P. Gelfand
CALIFORNIANS FOR HOMEOWNERSHIP, INC.
915 L Street, #1460
Sacramento, CA 95814
(213) 739-8206
matt@caforhomes.org
Registered for Electronic Filing: No

**Restaurant Law Center**
Angelo I. Amador
RESTAURANT LAW CENTER
2055 L Street, NW, Suite 700
Washington, DC 20036
(202) 331-5913
aamador@restaurant.org
Registered for Electronic Filing: Yes

**Appellees:**

**South Coast Air Quality Management District**
Matthew D. Zinn
Lauren M. Tarpey
Ryan K. Gallagher
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
(415) 552-7272
zinn@smwlaw.com
Ltarpey@smwlaw.com
Rgallagher@smwlaw.com

Bayron T. Gilchrist, General Counsel
Barbara Baird, Chief Deputy District Counsel
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
(909) 396-3400
bgilcrist@awmd.gov

**Intervenors-Appellees:**

**People's Collective for Environmental Justice**
Adriano L. Martinez
Candice L. Youngblood
EARTHJUSTICE
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
(415) 217-2000
amartinez@earthjustice.org
cyoungblood@earthjustice.org

**Sierra Club**
Nihal Shrinath
SIERRA CLUB
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5566
nihal.shrinath@sierraclub.org

James A. Dennison
SIERRA CLUB
1650 38th Street, Suite 103W
Boulder, CO 80301
(435) 232-5784
jim.dennison@sierraclub.org

**Industrious Labs**
Sean M. Donahue
DONAHUE, GOLDBERG & HERZOG
1008 Pennsylvania Ave., SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com