

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

AUG 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 25-5129 |
| Originating Case Number: | 2:24-cv-10482-PA-PD |
| Short Title: | Rinnai America Corporation, et al. v. South Coast Air Quality Management District, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-5129 |
| Originating Case Number: | 2:24-cv-10482-PA-PD |
| Case Title: | Rinnai America Corporation, et al. v. South Coast Air Quality Management District, et al. |

**Monday, August 18, 2025**

| | |
|---|---|
| Rinnai America Corporation | Mediation Questionnaire due |
| Noritz America Corporation | Mediation Questionnaire due |
| National Association of Home Builders | Mediation Questionnaire due |
| California State Pipe Trades Council | Mediation Questionnaire due |
| California Manufacturers & Technology Association | Mediation Questionnaire due |
| California Restaurant Association | Mediation Questionnaire due |
| Restaurant Law Center | Mediation Questionnaire due |
| Californians for Homeownership, Inc. | Mediation Questionnaire due |
| California Hotel & Lodging Association | Mediation Questionnaire due |
| California Apartment Association | Mediation Questionnaire due |
| Plumbing-Heating-Cooling Contractors of California | Mediation Questionnaire due |

**Monday, September 22, 2025**

| | |
|---|---|
| Rinnai America Corporation | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Noritz America Corporation | Appeal Opening Brief (No Transcript Due) |
| National Association of Home Builders | Appeal Opening Brief (No Transcript Due) |
| California State Pipe Trades Council | Appeal Opening Brief (No Transcript Due) |
| California Manufacturers & Technology Association | Appeal Opening Brief (No Transcript Due) |
| California Restaurant Association | Appeal Opening Brief (No Transcript Due) |
| Restaurant Law Center | Appeal Opening Brief (No Transcript Due) |
| Californians for Homeownership, Inc. | Appeal Opening Brief (No Transcript Due) |
| California Hotel & Lodging Association | Appeal Opening Brief (No Transcript Due) |
| California Apartment Association | Appeal Opening Brief (No Transcript Due) |
| Plumbing-Heating-Cooling Contractors of California | Appeal Opening Brief (No Transcript Due) |

**Wednesday, October 22, 2025**

| | |
|---|---|
| South Coast Air Quality Management District | Appeal Answering Brief (No Transcript Due) |
| People's Collective for Environmental Justice | Appeal Answering Brief (No Transcript Due) |
| Sierra Club | Appeal Answering Brief (No Transcript Due) |
| Industrious Labs | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Case 2:24-cv-10482-PA-PD     Document 84     Filed 08/13/25     Page 5 of 5     Page ID #:2323

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**